UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WYMAN,
    Plaintiff,

v

NEW ERA TECHNOLOGY, INC.
    Defendant.

Civil Action No. 24-11450-FDS

LOCAL RULE 16.1 JOINT STATEMENT OF THE PARTIES

Pursuant to this Court's Notice of Scheduling Conference dated June 27, 2024 [Docket Entry # 7], the parties, through counsel, have conferred and hereby submit the following:

### I. **Proposed Pretrial Schedule**

1. Initial Disclosures. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by **July 31, 2024**.

2. Amendments to Pleadings. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **September 13, 2024**.

3. Fact Discovery - Interim Deadlines.

    a. Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than **December 6, 2024**.

    b. All depositions, other than expert depositions, must be completed by **February 21, 2025**.

4. Fact Discovery - Final Deadline. All discovery, other than expert discovery, must be completed by **February 21, 2025**.

5. Expert Discovery.

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **March 21, 2025**;

    b. Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by **April 11, 2025**;

    c. All trial experts must be deposed by **May 16, 2025**.

The parties do not expect to require relief from the limitations on discovery events set forth in Local Rule 26.1(c).

6. Dispositive Motions.

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **June 18, 2025**;

    b. Oppositions to dispositive motions must be filed within 21 days after service of the motion.

    c. Replies, shall be filed within seven (7) days thereafter.

II. **Trial by U.S. Magistrate Judge.**

Pursuant to Local Rule 16.1(b)(3), the parties have not consented to trial by Magistrate Judge.

III. **Settlement.**

Plaintiff has provided a written settlement proposal to Defendants.  Defendant has responded.  Counsel for the Parties have conferred about settlement, but no settlement has been reached.

IV. **Certifications.**

Certifications under Local Rule 16.1(d)(3) will be submitted on or before the date of the Scheduling Conference.

Respectfully submitted,

| The Plaintiff,<br>MICHAEL WYMAN<br>By his attorneys, | The Defendant,<br>NEW ERA TECHNOLOGY, INC.<br>By its attorneys, |
|---|---|
| */s/Kenneth J. DeMoura*<br>Kenneth J. DeMoura  BBO # 548910<br>DeMoura\|Smith LLP<br>607 North Avenue, Suite F<br>Wakefield, MA 01880<br>(781) 914-3777<br>kdemoura@demourasmith.com | */s/ Steven D. Weatherhead*<br>Steven D. Weatherhead, BBO # 637601<br>Barrow Weatherhead Lent LLP<br>100 High Street, Suite 2601<br>Boston, Massachusetts 02110<br>(617) 830-5458<br>sweatherhead@marbarlaw.com |

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on July 11, 2024 and will be sent electronically to the Registered Participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to all indicated as non-registered participants on this date.

*/s/ Kenneth J. DeMoura*