UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WYMAN,<br>    Plaintiff,<br><br>v<br><br>NEW ERA TECHNOLOGY, INC.<br>    Defendant. | Civil Action No. 24-11450-FDS |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

The undersigned certify to the Court that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.1(d)(3).

| | |
|---|---|
| _____<br>Michael Wyman | /s/ Kenneth J. DeMoura<br>Kenneth J. DeMoura, Esq. (BBO #548910)<br>DEMOURA SMITH LLP<br>607 North Avenue, Suite f<br>Wakefield, MA 01880<br>(781) 914-3777<br>(781) 914-3780 - fax<br>kdemoura@demourasmith.com |

Date: 7/16/24

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed on  July 16, 2024  through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Kenneth J. DeMoura
                                          Kenneth J. DeMoura