UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL WYMAN,

      Plaintiff,

      v.                            Civil Action No. 1:24-cv-11450

NEW ERA TECHNOLOGY, INC.

      Defendant.

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

On behalf of defendant New Era Technology, Inc., the undersigned affirm that they have

conferred with a view to establishing a budget for the costs of conducting the full course and

various alternative courses of the litigation and to consider the resolution of the litigation through

the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Steven D. Weatherhead
Steven D. Weatherhead, BBO # 637601
BARROW WEATHERHEAD LENT LLP
100 High Street, Suite 2601
Boston, MA 02110
Tel: 617-830-5460
Email: sweatherhead@marbarlaw.com

Dated: July 25, 2024

Sean Doherty
President, Technology Solutions Group
New Era Technology, Inc.
901 S. Bolmar St., Bldg. 1, Ste. G
West Chester, PA 19382

### CERTIFICATE OF SERVICE

I, Steven D. Weatherhead, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2024.

/s/ Steven D. Weatherhead

1