UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL WYMAN**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**NEW ERA TECHNOLOGY, INC.**<br><br>    **Defendant.** | **Civil Action No. 1:24-cv-11450-FDS** |

## NOTICE OF APPEARANCE

    Please enter the appearance of Thomas E. Lent, Barrow Weatherhead Lent LLP as counsel for and on behalf of the defendant, New Era Technology, Inc., in the above-captioned action.

    NEW ERA TECHNOLOGY, INC.,

    By its attorneys,

    /s/ Thomas E. Lent
    Thomas E. Lent, BBO #644970
    BARROW WEATHERHEAD LENT LLP
    100 High Street, Suite 2601
    Boston, MA 02110
    Tel: 617-830-5463
Date: August 1, 2024    Email: tlent@marbarlaw.com

    Mailing Address:
    BARROW WEATHERHEAD LENT LLP
    P.O. Box 368
    Swampscott, MA 01907-9998

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2024 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Thomas E. Lent