UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL WYMAN**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**NEW ERA TECHNOLOGY, INC.**<br><br>    **Defendant.** | **Civil Action No. 1:24-cv-11450-FDS** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Pursuant to Local Rule 83.5.2.(c), please withdraw the appearance of Thomas E. Lent, Barrow Weatherhead Lent LLP as counsel for and on behalf of the defendant, New Era Technology, Inc., in the above-captioned action. Defendant shall continue to be represented by Steven D. Weatherhead. Further, there are no motions pending in the case, neither a trial date nor an evidentiary hearing has been set and there are no reports due to the Court at this time.

                                            NEW ERA TECHNOLOGY, INC.,

                                            By its attorneys,

                                            /s/ Thomas E. Lent_____
                                            Thomas E. Lent, BBO #644970
                                            BARROW WEATHERHEAD LENT LLP
                                            100 High Street, Suite 2601
                                            Boston, MA 02110
                                            Tel: 617-830-5463
Date: September 10, 2024              Email: tlent@marbarlaw.com

                                            Mailing Address:
                                            BARROW WEATHERHEAD LENT LLP
                                            P.O. Box 368
                                            Swampscott, MA 01907-9998

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2024 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Thomas E. Lent