UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WYMAN<br><br>    Plaintiff,<br><br>v.<br><br>NEW ERA TECHNOLOGY, INC.<br><br>    Defendant. | Civil Action No. 1:24-cv-11450-FDS |

### NOTICE OF APPEARANCE OF JUSTIN L. ENGEL

**PLEASE TAKE NOTICE** that Jusin L. Engel, an attorney at the law firm of Prince Lobel Tye LLP, hereby enters his appearance as counsel on behalf of Defendant New Era Technology, Inc. in the above-captioned matter.

Respectfully submitted,

*/s/ Justin L. Engel*
Justin L. Engel, BBO #683894
jengel@princelobel.com
PRINCE LOBEL TYE LLP
One International Place
Boston, MA 02110
617-456-8000

Dated: October 8, 2024

### CERTIFICATE OF SERVICE

I, Justin L. Engel, hereby certify that, on October 8, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Justin L. Engel*
Justin L. Engel

#4992293v1