UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WYMAN<br><br>     Plaintiff,<br><br>v.<br><br>NEW ERA TECHNOLOGY, INC.<br><br>     Defendant. | Civil Action No. 1:24-cv-11450-FDS |

### NOTICE OF APPEARANCE OF SYDNEY M. GILISON

**PLEASE TAKE NOTICE** that Sydney M. Gilison, an attorney at the law firm of Prince Lobel Tye LLP, hereby enters his appearance as counsel on behalf of **Defendant New Era Technology, Inc.** in the above-captioned matter.

                                                                  Respectfully submitted,

                                                                  */s/ Sydney M. Gilison*
                                                                  Sydney M. Gilison, BBO #715183
                                                                  jengel@princelobel.com
                                                                  PRINCE LOBEL TYE LLP
                                                                  One International Place
                                                                  Boston, MA 02110
Dated: October 21, 2025                                           617-456-8000

### CERTIFICATE OF SERVICE

I, Sydney M. Gilison, hereby certify that, on October 21, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                                  */s/ Sydney M. Gilison*
                                                                  Sydney M. Gilison

#5858982v1