UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL WYMAN,<br>Plaintiff,<br><br>v<br><br>NEW ERA TECHNOLOGY, INC.<br>Defendant. | Civil Action No. 1:24-11450-FDS |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Michael Wyman.

Respectfully submitted,

Christopher M. Sambataro, Esq.
BBO # 711601
DeMoura|Smith LLP
607 North Avenue, Suite F
Wakefield, MA 01880
Tel: (781) 914-3777
Fax: (781) 914-3780
CSambataro@demourasmith.com

Dated: October 21, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed on October 21, 2025, through the CM/ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Christopher M. Sambataro, Esq.