UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Michael Wyman
    Plaintiff

v.

New Era Technology, Inc.
    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:

1:24-cv-11450-BEM

# **JUDGMENT**
October 29, 2025

Murphy, D.J.

In accordance with the Memorandum and Order entered on October 29, 2025, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered on behalf of the Defendant, New Era Technology, Inc. This case is hereby DISMISSED.

    SO ORDERED.

/s/ Brian E. Murphy
BRIAN E. MURPHY
United States District Judge